ROSCO, INC., Plaintiff–Appellee,

v.

MIRROR LITE COMPANY.,
Defendant–Appellant.

No. 2010–1086.

United States Court of Appeals,
Federal Circuit.

Sept. 10, 2010.

Wayne L. Stoner, Wilmer Cutler Pickering Hale and Dorr LLP, of Boston, MA, argued for plaintiff-appellee. With him on the brief were Paul B. Keller, Noah A. Levine, Keith Bradley and Omar Khan, of New York, NY.

John A. Artz, Dickinson Wright PLLC, of Bloomfield Hills, MI, argued for defendant-appellant. With him on the brief was John S. Artz.

Before RADER, Chief Judge, LINN, and DYK, Circuit Judges.

**JUDGMENT**

PER CURIAM.

This Cause having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**